**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Leslie Lester TUCKER, Defendant–**
**Appellant.**

No. 08–6486.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 21, 2008.

Decided: Aug. 26, 2008.

Leslie Lester Tucker, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leslie Lester Tucker appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Tucker*, No. 4:00–cr–00411–CMC–1 (D.S.C. filed Mar. 11, 2008; entered Mar. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*